# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

IN RE:

Kurtis J. Bergstrom,

CASE NO. 14-81479

Chapter 13

## MOTION TO VACATE

Nationstar Mortgage LLC ("Nationstar"), by its attorneys, moves pursuant to Federal Rule of Bankruptcy Procedure 9024 for relief from the January 30, 2015 order confirming Debtor's Chapter 13 Amended Plan. In support thereof, Nationstar states as follows:

1. Debtor filed his voluntary bankruptcy petition pursuant to Chapter 13 of the United States Bankruptcy Code on August 19, 2014.

2. On October 31, 2014, Nationstar objected to confirmation of Debtor's initial Chapter 13 Plan as it failed to provide for the repayment of the prepetition arrearage regarding the real property located at 8 Western Oaks Drive, Orion, IL 61273 ("the Premises") in its entirety.

3. Additionally, the Plan inaccurately identified the sum of the ongoing monthly mortgage payment and the total amount of Nationstar's proof of claim with respect to the Premises, respectively.

4. On December 3, 2014, Debtor amended his Chapter 13 Plan. It resolved Nationstar's objection with respect to the prepetition arrearage and the valuation of its proof of claim. However, the amount of the ongoing mortgage payment with respect to the Premises remained incorrect.

1

5. Nationstar communicated its remaining concern to Debtor via electronic mail and he agreed to revise the Plan to reflect that $1,235.83 was the amount of the ongoing mortgage payment owed to Nationstar with respect to the Premises.

6. Nationstar did not file an objection to the Plan in reliance on Debtor's representation.

7. On January 30, 2015, the Court confirmed the Amended Plan.

8. The contents of the confirmed Plan fail to contain the agreed upon language of the parties.

9. Nationstar contacted Debtor subsequent to confirmation and he agreed to resolve the aforementioned omission via a stipulation.

10. Notwithstanding the foregoing, Debtor has failed to modify the Plan pursuant to the agreement of the parties.

11. Indeed, Debtor recently filed a motion to modify the Plan, but it does not address the amount of the ongoing mortgage payment with respect to the Premises owed to Nationstar.

12. Federal Rule of Civil Procedure 60(b)(3) provides as follows:

   > (b) GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
   >
   > (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party.

13. Federal Rule of Bankruptcy Procedure 9024 incorporates the applicability of Federal Rule of Civil Procedure 60 to bankruptcy proceedings.

14. As a result of the Debtor's misrepresentations with respect to amending the contents of his Chapter 13 Plan to reflect that the amount of his ongoing monthly mortgage payment owed to Nationstar with respect to the Premises is $1,235.83, Nationstar

2

moves for relief from the January 30, 2015 order confirming Debtor's Chapter 13 Plan.

WHEREFORE, Nationstar respectfully prays for the entry of an order granting its motion for relief from the January 30, 2015 confirmation order and amending the same to reflect that the amount owed to Nationstar on a monthly basis with respect to the Premises is $1,235.83.

/s/ Evan L. Moscov
Evan L. Moscov
Weinstein & Riley, P.S.
469 W. Huron Street, Suite 1701
Chicago, IL 60654
312-255-7996
evanm@w-legal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2015 a copy of the Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.

**Dale G Haake**
1000 36th Avenue
PO Box 950
Moline, IL 61265

**Marsha L Combs-Skinner**
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942
217-837-9730

*U.S. Trustee*
**U.S. Trustee**
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100

/s/ Teresa M. Perry_____
Teresa M. Perry
Assistant to Evan Lincoln Moscov

3