**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| IN RE: ) | |
|    KURTIS J. BERGSTROM ) | |
| ) | **Case No. 14-81479** |
| ) | |
|    Debtor. ) | **Chapter 13** |

### MOTION TO DISMISS FOR
### FAILURE TO MAKE PLAN PAYMENTS

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee for the Trustee's Motion to Dismiss for Failure to Make Plan Payments states to the Court as follows:

1. On August 19, 2014 the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. On January 30, 2015, the Plan proposed by the Debtor was confirmed.

3. Marsha L. Combs-Skinner is the duly appointed Trustee for the above captioned case.

4. The Confirmed Plan provided for monthly payments in the amount of $738.00.

5. As of the date of the filing of this Motion, the Debtor has failed to make several payments, as required under the Plan and now owe $2,214.00.

WHEREFORE, Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, prays that the Court Grant the Trustee's Motion to Dismiss for Failure to Make Plan Payments.

> Respectfully Submitted,
> /s/Marsha L. Combs-Skinner
> Marsha L. Combs-Skinner,
> Chapter 13 Standing Trustee in Bankruptcy
> 108 S. Broadway
> P.O. Box 349
> Newman, IL 61942
> Telephone: 217-837-9730
> E-Mail: Marsha@Danville13.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon, Dale G. Haake, Attorney for the Debtor, and the United States Trustee, by electronic notification through ECF on March 7, 2018, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

    Kurtis J. Bergstrom
    8 Western Oaks Drive
    Orion, IL 61273

                                                    By: /s/ Marsha L. Combs-Skinner
                                                          Marsha L. Combs-Skinner
                                                          Chapter 13 Standing Trustee