Form 13hrgobj

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Kurtis J Bergstrom          *Case No.:* 14–81479
*Debtor*
                                     *Chapter:* 13

---

**HEARING AND OBJECTION DATE NOTICE RE: MOTION TO DISMISS CHAPTER 13**

**Notice is hereby provided:**

On **03/07/2018**, the Chapter 13 Trustee filed a motion to dismiss this case for the following reason:

- ☑ Failure on the part of the debtor(s) to make the required monthly payments.
- ☐ the plan is no longer viable.
- ☐ Other:

**If you do not want the Court to dismiss your case,** you or your attorney must file a written objection on or before **3/30/18.** Failure to file a written response by this date will result in dismissal without further notice or hearing.

**If an objection or response is filed, it will be heard on 4/19/18 at 10:30 AM in US Courthouse and Post Office, 211 19th St, Room 226, Rock Island, IL 61201. This will be your only notification of the hearing.** This hearing will remain on the calendar until such time as the case is dismissed or the trustee withdraws the motion.

Dated: 3/7/18

                    /S/  Adrienne D. Atkins
                    Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.