UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Kurtis J. Bergstrom | ) Case No. 14-81479 |
| | ) Chapter 13 |
| Debtor. | ) |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS CASE

NOW COMES Kurtis J. Bergstrom, debtor, by his attorneys, Katz Nowinski P.C., and for his Objection to Trustee's Motion to Dismiss Case, states:

1. Kurtis J Bergstrom, debtor, filed his Chapter 13 Petition on August 19, 2014.

2. An Amended Plan was filed on December 30, 2014 (Doc. No. 21).

3. An Order confirming the Plan was entered on January 30, 2015 (Doc. No. 25).

4. His Chapter 13 was a result of medical bills incurred by his spouse, Jennifer Bergstrom. Jennifer had previously filed a Chapter 7 on March 30, 2012 and discharged a substantial amount of medical bills due to two seriously life-threatening illnesses at a young age.

5. Several years after that discharge, more medical bills piled up for her. She had garnishments and student loan debt.

6. Kurtis filed his Chapter 13 to protect her.

7. Until recently, Kurtis Bergstrom was maintaining all fairly well in his Plan and outside of his Plan.

8. However, the Plan was based upon a household income and Mrs. Bergstrom's wages were being garnished by three different creditors, resulting in a huge negative balance in the family's income.

9. Jennifer has now filed a Chapter 13. It may well be that Kurtis' case will be dismissed or payments reduced (they were contingent on him paying her medical debt), but that should be determined at a later date.

WHEREFORE, Kurtis J. Berstrom, debtor, requests that this Court enter an Order denying the Trustee's Motion to Dismiss Case, and for such other and further relief as the Court may deem just and proper.

KURTIS J. BERGSTROM,
DEBTOR,

By: *[signature]*
 Dale G. Haake

Dale G. Haake (No. 03124381)
Katz Nowinski P.C.
1000 36th Avenue
Moline, IL 61265
Phone: 309/797-3000
Fax: 309/797-3330
E-mail: dhaake@katzlawfirm.com

S:\DGH\PLEAD\18786-1.Bergstrom.Obj.Trustee.Motion.Dismiss.docx

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I electronically filed on March 30, 2018, a true and correct copy of the Objection to Trustee's Motion to Dismiss Case which was served via electronical notice or by regular United States mail to all interested parties and all creditors listed below:

**14-81479 Notice will be electronically mailed to:**

Marsha L Combs-Skinner
Trusteecs@Danville13.com, marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,

Dale G Haake on behalf of Debtor Kurtis J Bergstrom
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Kevin Hays on behalf of Trustee Marsha L Combs-Skinner
kevin@danville13.com

MaryAnn Kier on behalf of Creditor Nationstar Mortgage, LLC.
Gloria.tsotsos@il.cslegal.com

Evan Lincoln Moscov on behalf of Creditor Nationstar Mortgage, LLC.
evan.moscov@moscovlaw.com, bncmail@w-legal.com;teresap@w-legal.com

Gloria C Tsotsos on behalf of Creditor NATIONSTAR MORTGAGGE LLC
gloria.tsotsos@il.cslegal.com

Gloria C Tsotsos on behalf of Creditor Nationstar Mortgage, LLC.
gloria.tsotsos@il.cslegal.com

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

**14-81479 Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

3